Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Petitioner,<br><br>    v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br><br>             Respondents. | Case No.<br><br>**PETITIONER EEOC'S APPLICATION TO SHOW CAUSE WHY ITS SUBPOENA SHOULD NOT BE ENFORCED**<br><br>Date: _____, 2018<br>Time: _____ a.m. / p.m.<br>Judge: _____<br>Courtroom: _____ |

      1.    This is action for enforcement of subpoenas *duces tecum*, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq. ("Title VII").

1

2.	Jurisdiction is conferred upon the court by Section 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. §161, as amended, incorporated in Title VII.

3.	Petitioner United States Equal Employment Opportunity Commission ("Petitioner") is a federal agency charged with the administration, interpretation and enforcement of Title VII, including, *inter alia*, the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant Title VII.

4.	Respondent SBEEG Holdings, LLC dba Hyde Bellagio is a corporation that owns and operates the Hyde Bellagio nightclub in the State of Nevada. Respondent Spoonful Management LV, LLC is a corporation in the State of Nevada that employs the individuals that work in the Hyde Bellagio nightclub.

5.	Respondents are employers within the meaning of Title VII.

6.	On July 31, 2017, pursuant to its authority under 29 U.S.C. §161, incorporated in Title VII, Petitioner issued Subpoena No. LV-17-03.  The Subpoena requires Respondents to produce information needed as part of Petitioner's investigation of a charge of systemic sexual harassment and retaliation, as alleged in Charge No. 487-2017-00358.  Respondents received the Subpoena on or about September 18, 2017.

7.	Respondents have failed to comply with the Subpoena. The EEOC is authorized to seek court aid to compel Respondents' compliance with the Subpoena. 29 U.S.C. § 161(2), incorporated into Title VII by § 42 U.S.C. § 2000e-9.

8.	The accompanying EEOC's Memorandum of Points and Authorities in Support of Application for Order to Show Cause; Declaration of Counsel and Exhibits, filed concurrently herewith, provide factual support for this Application.  The EEOC's Memorandum of Points and Authorities, Declaration of Counsel, and supporting exhibits are incorporated by reference into this Application.

WHEREFORE, the EEOC prays:

(a)	That the Court issue an Order directing Respondents to appear before this Court and to show cause, if any, why an Order should not be issued directing Respondents to comply with the subpoena;

(b)	That, upon return of the Order to Show Cause, an Order issue directing Respondents to comply with the subpoena; and

(c)     That the EEOC be granted its costs and such further relief as may be necessary and appropriate.

Dated:  July 5th, 2018                           U.S. EQUAL EMPLOYMENT
                                                 OPPORTUNITY COMMISSION


                                          By:   /s/ *Nechole Garcia*
                                                 NECHOLE GARCIA
                                                 Attorney for Plaintiff EEOC