Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC, <br><br> Respondents. | Case No. 2:18-cv-01227-JAD-VCF <br><br> **ORDER TO SHOW CAUSE WHY THE EEOC'S SUBPOENAS SHOULD NOT BE ENFORCED** |

Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its Subpoena *duces tecum* (Subpoena No. LV-17-03) served on Respondent SBEEG Holdings, LLC dba Hyde Bellagio and Respondent Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") should

not be enforced. In its Application and supporting documents, the EEOC states that it served the Subpoena on Respondents in July and September 2017 pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, in the investigation of Charge of Discrimination filed by Katie Clayton alleging sexual harassment and retaliation. The EEOC further states that Respondents have failed to fully comply with the subpoena.

Due to the service of the Subpoena and Respondents' failure to comply with the Subpoenas, it is HEREBY ORDERED:

1. That Respondents appear on 23rd day of August, 2018, at 10:00 AM in Courtroom 3D, Lloyd George Federal Building located at 333 South Las Vegas Boulevard, NV before the Honorable U.S. Magistrate Judge Cam Ferenbach, and show cause why Respondents should not be compelled to comply with the Subpoena No. LV-17-03 issued by the EEOC.

2. That Petitioner serve Respondents with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before the 20th day of July, 2018.

3. That Respondents must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than the 31st day of July, 2018.

4. The Petitioner must file and serve its reply to the Respondents' response to the EEOC's Application for an Order to Show Cause no later than the 7th day of August, 2018.

Dated: July 11, 2018

_____
United States Magistrate Judge