Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br>Respondents. | Case No. 2:18-cv-01227-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER VACATING HEARING DATE AND SETTING DATE FOR JOINT STATUS REPORT** |

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") hereby agree and stipulate to the following:

1

1.      On July 5, 2018, the EEOC filed an Application to Show Cause as to why its Subpoena *duces tecum* (Subpoena No. LV-017-03) served on Respondents should not be enforced. In addition to the Application, the EEOC filed a Proposed Order to Show Cause, Memorandum of Points and Authorities, and supporting documents. (ECF No. 1).

2.      On July 11, 2018, Magistrate Judge Cam Ferenbach scheduled a Show Cause Hearing for August 23, 2018 at 10:00 a.m. (ECF No. 2). Judge Ferenbach also ordered Respondents to file a Response to the EEOC's Application to Show Cause by July 31, 2108, and the EEOC to file its Reply to Respondents' Response by August 7, 2018. (ECF No. 2).

3.      The parties are engaged in efforts to resolve the subpoena enforcement action currently before the Court. On July 20, 2018, Respondents emailed documents to the EEOC responsive to Subpoena No. LV-17-03 request numbers one and ten.

4.      On July 27, 2018, Respondents notified the EEOC that they would need an additional two (2) weeks to produce documents responsive to the remaining subpoena requests. Respondents are diligently working to produce the documents by August 10, 2018.

5.      In light of Respondents' need to for additional time to produce documents responsive to the remaining requests for Subpoena LV-17-03, the parties stipulate to an order as follows:

   a. The July 31, 2018 response due date, the August 7, 2018 reply date, and the August 23, 2108 hearing date are vacated;

   b. Respondents shall work diligently to produce all responsive documents in compliance with the EEOC's Subpoena by August 10, 2018;

   c. The parties shall provide the Court with a joint status report by **August 17, 2018** regarding whether Respondents have fully complied with Subpoena No. LV-17-03.

Respectfully submitted,

DATED:  July 30, 2018                               DATED:  July 30, 2018

U.S. EQUAL EMPLOYMENT                               SBEEG HOLDINGS, LLC
OPPORTUNITY COMMISSION                              SPOONFUL MANAGEMENT LV, LLC


*/s/ Nechole Garcia*                                */s/ Jacqueline Godoy*
Nechole Garcia                                      Jacqueline Godoy
Attorney for the EEOC                               Attorney for Respondents

**<u>ORDER UPON STIPULATION</u>**

IT IS SO ORDERED.

Dated: 7-31-2018 _____

UNITED STATES MAGISTRATE JUDGE

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Petitioner,<br><br>    v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br>          Respondents. | Case No. 2:18-cv-01227-JAD-VCF<br><br>**CERTIFICATE OF SERVICE** |

1

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Las Vegas Local Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND SETING DATE FOR JOINT STATUS REPORT,** by first class mail to Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC, c/o STOKES WAGNER at 600 West Broadway, Suite 910, San Diego, CA 92101:

> Jacqueline A. Godoy
> NV Bar No. 11385
> 600 West Broadway, Suite 910
> San Diego, CA 92101
> jgodoy@stokeswagner.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2018, at Las Vegas, NV.

_/s/ Nechole Garcia_____
Nechole Garcia