Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br>　　　　　Respondents. | Case No. 2:18-cv-01227-JAD-VCF<br><br>**JOINT STATUS REPORT** |

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") hereby submit a Joint Status Report to the Court.

1.  In the July 31, 2018 Joint Stipulation, the EEOC and Respondents agreed they would report to the Court regarding whether Respondents produced all remaining documents responsive to Subpoena No. LV-017-03 ("Subpoena") by August 10, 2018. (ECF. No. 7).

1

2. On August 10, 2018, Respondents produced documents responsive to Subpoena request numbers two, three, four, and twelve. However, Respondents informed the EEOC that they were unable to produce the remaining documents responsive to request three (application data and documents) by August 10th because they recently switched vendors and their prior vendor removed Respondents' access to the responsive data and documents. Respondents have been in contact with their prior vendor, who has agreed to produce the responsive data and documents. However, it will take another three (3) weeks for Respondent to obtain and produce the responsive information. Respondents have agreed to work diligently to produce the responsive data and documents by September 7, 2018.

3. In light of Respondents' need to for additional time to produce documents responsive to the remaining requests for Subpoena LV-17-03, the parties stipulate to an order as follows:

    a. Respondents shall work diligently to produce the remaining responsive documents in compliance with the Subpoena by September 7, 2018;

    b. The parties shall provide the Court with a joint status report by **September 14, 2018** regarding whether Respondents have fully complied with Subpoena No. LV-17-03.

Respectfully submitted,

DATED: August 15, 2018                 DATED: August 15, 2018

U.S. EQUAL EMPLOYMENT          SBEEG HOLDINGS, LLC
OPPORTUNITY COMMISSION         SPOONFUL MANAGEMENT LV, LLC

*/s/Nechole Garcia*                   */s/ Jacqueline Godoy*
Nechole Garcia                           Jacqueline Godoy
Attorney for the EEOC                Attorney for Respondents

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 21, 2018

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>    v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br>    Respondents. | Case No. 2:18-cv-01227-JAD-VCF<br><br>**CERTIFICATE OF SERVICE** |

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Las Vegas Local Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STATUS REPORT,** by first class mail to Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC, c/o STOKES WAGNER at 600 West Broadway, Suite 910, San Diego, CA 92101:

>Jacqueline A. Godoy
>NV Bar No. 11385
>600 West Broadway, Suite 910
>San Diego, CA 92101
>jgodoy@stokeswagner.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2018, at Las Vegas, NV.

>  _/s/ Nechole Garcia_
> Nechole Garcia