Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC, <br><br> Respondents. | Case No. 2:18-cv-01227-JAD-VCF <br><br> **JOINT STATUS REPORT** |

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") hereby submit a Joint Status Report to the Court.

1. In the August 15, 2018 Joint Status Report, the EEOC and Respondents agreed they would report to the Court regarding whether Respondents produced all remaining documents responsive to Subpoena No. LV-017-03 ("Subpoena") by September 14, 2018. (ECF. No. 8).

2. On September 7, 2018, Respondents produced documents partially responsive to Subpoena request number three, which sought Respondents' application data and documents. However, Respondents informed the EEOC that they were unable to produce the remaining documents responsive to request three by the September 7th deadline because of difficulties accessing the data and documents from their former vendor. Respondents subsequently reactivated their account with the vendor so they can they can access and produce all the data and documents responsive to Subpoena request number three. However, since the amount of data is voluminous, it will take another four weeks for Respondent to obtain and produce the responsive information. Respondents have agreed to work diligently to produce the responsive data and documents by October 12, 2018.

3. In light of Respondents' need to for additional time to produce documents responsive to the remaining requests for Subpoena LV-17-03, the parties stipulate to an order as follows:

   a. Respondents shall work diligently to produce the remaining responsive documents in compliance with the Subpoena by October 12, 2018;
   b. The parties shall provide the Court with a joint status report by **October 19, 2018** regarding whether Respondents have fully complied with Subpoena No. LV-17-03.

Respectfully submitted,

DATED: September 13, 2018                DATED: September 13, 2018

U.S. EQUAL EMPLOYMENT                    SBEEG HOLDINGS, LLC
OPPORTUNITY COMMISSION                   SPOONFUL MANAGEMENT LV, LLC


 */s/ Nechole Garcia*                     */s/ Jacqueline Godoy*
Nechole Garcia                           Jacqueline Godoy
Attorney for the EEOC                    Attorney for Respondents


**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 17, 2018

2