Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | Case No. 2:18-cv-01227-JAD-VCF |
|---|---|---|
| | ) | |
| Petitioner, | ) | **JOINT STATUS REPORT AND** |
| | ) | **REQUEST TO DISMISS** |
| v. | ) | |
| | ) | |
| | ) | |
| SBEEG HOLDINGS, LLC dba HYDE | ) | |
| BELLAGIO, SPOONFUL MANAGEMENT LV, | ) | |
| LLC, | ) | |
| Respondents. | ) | |
| | ) | |

1

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") hereby submit a Joint Status Report to the Court regarding the status of the Parties' efforts to resolve the EEOC's instant subpoena enforcement action.

On September 17, 2018, the Court granted Respondents an extension of time until October 12, 2018, to produce additional documents sought in the EEOC's Subpoena No. LV-17-03.

On October 5 and 11, 2018, Respondents produced additional documents responsive to Subpoena request number three, which sought Respondents' application flow data for the relevant time period.

In light of Respondents' prior productions and the above-referenced supplemental productions, counsel for the Parties request dismissal of the EEOC's instant subpoena enforcement action.

Respectfully submitted,

DATED: October 18, 2018

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
*/s/ Sue J. Noh*
Sue J. Noh
Attorney for the EEOC

DATED: October 18, 2018

SBEEG HOLDINGS, LLC
SPOONFUL MANAGEMENT LV, LLC
*/s/ Jacqueline Godoy*
Jacqueline Godoy
Attorney for Respondents

**CERTIFICATE OF SERVICE**

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, California 90012.

On the date that this declaration was executed, as shown below, I served the following:

**(1) JOINT STATUS REPORT AND REQUEST TO DISMISS**

by first class mail to Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC, c/o STOKES WAGNER at 600 West Broadway, Suite 910, San Diego, CA 92101:

> Jacqueline A. Godoy
> NV Bar No. 11385
> 600 West Broadway, Suite 910
> San Diego, CA 92101
> jgodoy@stokeswagner.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 18, 2018.

> /s/ Sue Noh
> Sue Noh