Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SBEEG HOLDINGS, LLC dba HYDE BELLAGIO, SPOONFUL MANAGEMENT LV, LLC,<br><br>　　　　　Respondents. | Case No. 2:18-cv-01227-JAD-VCF<br><br>**JOINT STATUS REPORT AND REQUEST TO DISMISS**<br><br>ECF Nos. 1, 12 |

1

The Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") and Respondents SBEEG Holdings, LLC dba Hyde Bellagio and Spoonful Management LV, LLC (hereinafter collectively referred to as "Respondents") hereby submit a Joint Status Report to the Court regarding the status of the Parties' efforts to resolve the EEOC's instant subpoena enforcement action.

On September 17, 2018, the Court granted Respondents an extension of time until October 12, 2018, to produce additional documents sought in the EEOC's Subpoena No. LV-17-03.

On October 5 and 11, 2018, Respondents produced additional documents responsive to Subpoena request number three, which sought Respondents' application flow data for the relevant time period.

In light of Respondents' prior productions and the above-referenced supplemental productions, counsel for the Parties request dismissal of the EEOC's instant subpoena enforcement action.

Respectfully submitted,

DATED: October 18, 2018

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
/s/ Sue J. Noh
Sue J. Noh
Attorney for the EEOC

DATED: October 18, 2018

SBEEG HOLDINGS, LLC
SPOONFUL MANAGEMENT LV, LLC
/s/ Jacqueline Godoy
Jacqueline Godoy
Attorney for Respondents

### ORDER

Based on the parties' joint motion **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Application for an Order to Show Cause **[ECF No. 1] is DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 19, 2018